UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-12083

GWENDOLYN ROBERSON,

    Plaintiff

-v-

MICHIGAN STATE POLICE, ET.AL,

    Defendants.
                                                          /

## ORDER RESCINDING ORDER OF REFERENCE TO MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge Komives dated June 30, 2009, is RESCINDED.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated: December 3, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 3, 2010, by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager