UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWENDOLYN ROBERSON,

    Plaintiff,                                      HON. PATRICK J. DUGGAN

v.                                                  File No. 2:09-cv-12083

TROOPER GRANDISON & TROOPER COPPENS   *consolidated with*

                                                                            File No. 2:09-cv-14101

    Defendants.
_____/

Gabriel B. Locher (P43725)
Attorney for Plaintiff
1914 Hempstead Drive
Troy, Michigan  48083
248.514.8944

Joseph T. Froehlich (P71887)
Assistant Attorney General
Attorney for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
_____/

**STIPULATION AND ORDER OF DISMISSAL**

STIPULATION

      Plaintiff and Defendants, by their respective counsel, hereby stipulate that the above captioned matter be DISMISSED WITH PREJUDICE and without costs to either party.

*s/ Gabriel B. Locher (w/ consent)*             *s/ Joseph T. Froehlich*
Gabriel B. Locher (P43725)                     Joseph T. Froehlich (P71887)
Attorney for Plaintiff                                    Attorney for Defendants

ORDER

At a session of said Court, held in the United States District Court
for the Eastern District of Michigan, Southern Division,
on the 10th day of June, 2011.

PRESENT: The Honorable Patrick J. Duggan
United States District Court Judge

This matter having come before this Court upon stipulation of the parties, and the Court being fully advised in the premises:

**IT IS ORDERED** that the above captioned matter is **DISMISSED WITH PREJUDICE** and without costs to either party.

**IT IS SO ORDERED.**

This resolves the last pending claim and closes the case.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: June 10, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Friday, June 10, 2011, by electronic and or ordinary mail.

      s/Marilyn Orem
      Case Manager